## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Jose Luis Zarate–Ramirez, et al.

                       Plaintiff,

v.                                    Case No.: 1:17−cv−05328
                                            Honorable Ruben Castillo

Recyclean, Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 28, 2017:

      MINUTE entry before the Honorable Ruben Castillo: Status hearing and motion hearing held on 11/28/2017. Counsel notified the Court that the parties have reached a settlement. This case is hereby dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents by 12/28/2017. Burr E. Anderson's motion to withdraw as attorney as to all defendants [22] is entered and continued until the stipulation of dismissal has been filed.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.