IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE LUIS ZARATE, PEDRO ZARATE, FRANCISCO ZARATE and LEONIDES ZARATE, </br></br> Plaintiffs, </br></br> v. </br></br> RECYCLEAN, INC., BRISTOL RECYCLING, INC., VICTOR CREW, INC., MICHAEL GOFFMAN, and VICTOR ALVARADO </br></br> Defendants. | No. 17-cv-5328 |

FILED DEC 15 2017 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

## AGREED STIPULATION TO DISMISS

This cause coming before the Court, the parties being in agreement and the Court being advised that the plaintiffs and the defendants stipulate to a settlement of this cause on the following terms:

a. The defendants, Recyclean, Inc., Bristol Recycling, Inc., Michael Goffman, Victor Crew, Inc., and Victor Alvarado, jointly and severally, have agreed to make cash installment payments to plaintiffs in a separate Settlement Agreement and Release.

b. In exchange for this promise to make payments as stated in paragraph (a), the plaintiffs agree to release and forever discharge all the defendants, their agents, officers, directors, lawyers and assigns of and from any and all claims relating to this lawsuit.

c. Said installment payments are to be commence in December 2017 and be completed in May, 2018. If for any reason the defendants fail to comply with the Settlement Agreement terms as summarized in paragraph (a) hereof, defendants Recyclean, Bristol and Goffman hereby submit to the jurisdiction of the Court, waive any defenses, both legal and equitable, to the Claim that they have violated the Employee Classification Act as set forth in Count III of this Lawsuit and consent to entry of judgment for the plaintiffs, with notice, for additional compensatory damages as allowed by 820 ILCS 185/60(a)(2) in the sum of SIXTY

THOUSAND DOLLARS ($60,000.00), plus reasonable attorneys' fees incurred in connection with obtaining such a judgment and costs of suit should it be necessary to bring suit.

      d.     The undersigned have full authority to act on behalf of the respective parties and to bind said parties, their heirs and assigns, to this stipulated settlement.

**WHEREFORE,** the parties request that this cause be dismissed pursuant to the above installment plan and that the Court retain jurisdiction of the cause to enforce the provisions of said stipulated settlement. The parties further request that, in the event of defendants' default on the payment plan, upon Notice of Motion, the plaintiffs shall have further leave to move the Court to reinstate the cause and to enter Judgment against the defendants in accordance with the terms set forth above.

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| By: s/Colleen McLaughlin<br>On of Plaintiffs' attorneys | By: s/Burr Anderson<br>Attorney for Defendants Recyclean, Bristol Goffman, Victor Crew, and Alvarado |

Colleen M. McLaughlin
Law Offices of Colleen M. McLaughlin
1751 S. Naperville Rd., Ste. 209
Wheaton, IL 60189
(630) 221-0305
colleen@cmmc-employmentlaw.com

Burr E. Anderson
Anderson Law Offices
400 Lake Cook Rd., Ste 221-A
Deerfield, IL 60015
(312) 957-1100
burranderson@AndersonLawIL.com